**Racquel McPHERSON, Plaintiff–
Appellant,**

v.

**The HOTEL PLAZA ATHENEE, NYC,
et al., Defendants–Appellees.**

**No. 12–3947.**

United States Court of Appeals,
Second Circuit.

Nov. 4, 2013.

Racquel McPherson, South Hempstead,
NY, pro se.

Judith A. Stoll, Kane Kessler, P.C., Bethany Aryn Davis Noll, Sudarsana Srinivasan & Barbara D. Underwood, Solicitor General, for Eric T. Schneiderman, Attorney General of the State of New York, Sarah Sheive Normand, Benjamin H. Torrance & Bertrand Madsen, Assistant U.S. Attorneys, for Preet Bharara, U.S. Attorney for the Southern District of New York,

Barry Neal Saltzman, Pitta & Giblin LLP,
New York, NY, for Defendants–Appellees.

PRESENT: ROBERT A.
KATZMANN, Chief Judge, PIERRE N.
LEVAL and ROSEMARY S. POOLER,
Circuit Judges.

### *SUMMARY ORDER*

Plaintiff-appellant Racquel McPherson, proceeding *pro se,* appeals from the district court's order dismissing her complaint and granting judgment on the pleadings in favor of defendant-appellees. She has also filed a motion for "Reversal of the Verdict by the District Court." We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

McPherson has not raised any substantive challenge to the district court's legal analysis. She has therefore forfeited any such challenge. *See LoSacco v. City of Middletown,* 71 F.3d 88, 92–93 (2d Cir. 1995). In any event, her claims must fail for the reasons articulated in the district court's well-reasoned opinion.

We have considered all of McPherson's remaining arguments and find them to be without merit. Accordingly, we **DENY** McPherson's motion and **AFFIRM** the judgment of the district court.